# EXHIBIT #1



 **First American**

400 S RAMPART BLVD, STE 290
LAS VEGAS NV 89145


*01002104941170    /0*

**Transmittal**

04/06/2018

Order No: FC DRI CPV II (Interval) - 16?

DAVID E. BARTINE
C/O DC CAPITAL LAW, 700 12TH ST NW, STE 700
WASHINGTON DC 20005

Enclosed please find    1 attached documents.

First American Title Insurance Company
Vacation Ownership Services Division

Page Count    1



**DIAMOND RESORTS**
I N T E R N A T I O N A L

<u>VIA CERTIFIED MAIL</u>
<u>AND REGULAR U.S. MAIL</u>

April 6, 2018

DAVID E. BARTINE and JUDITH S. BARTINE
C/O DC CAPITAL LAW 700 12TH ST NW, STE 700
WASHINGTON, DC 20005-4052
UNITED STATES

Re:     <u>Notice of Intent to File a Lien – Contract No: 16𝘦</u>
An ownership interest in Unit D27AB / Week 22 / Odd Year Biennial Timeshare Interest
of Cypress Pointe Resort II, located in Orange County, Florida (the "Ownership
Interest").

Dear DAVID E. BARTINE and JUDITH S. BARTINE:

NOTICE OF INTENT
TO RECORD A CLAIM OF LIEN

RE: Unit D27AB / Week 22 / Odd Year Biennial Timeshare Interest of Cypress Pointe Resort II
Condominium Association, Inc., a Florida not-for-profit corporation.

This Notice is being sent on behalf Cypress Pointe Resort II Condominium Association, Inc., a Florida not-for-profit corporation, ("Association").

The following amounts are currently due on your account to Cypress Pointe Resort II Condominium
Association, Inc., a Florida not-for-profit corporation, and must be paid within 30 days after your receipt
of this letter. This letter shall serve as the association's notice of intent to record a Claim of Lien against
your property no sooner than 30 days after your receipt of this letter, unless you pay in full the amounts
set forth below:

Maintenance due  (01/01/2018-present)     $ 1,367.18

Late fee, if applicable     $ 0.00

Interest through  (01/01/2018-present) *   $ 0.00

Certified mail charges:     $ 0.00

Other Costs     $ 250.00

10600 W. Charleston Blvd., Las Vegas, Nevada 89135 · 877-497-7521 *tel* · foreclosure@diamondresorts.com

TOTAL OUTSTANDING    $  1,367.18, plus Other Costs shown above

*Interest accrues at the rate of zero percent per annum.

Note: The amount of maintenance fees due within thirty (30) days of the receipt of this letter may differ from the amount that will be secured by the Claim of Lien.

NOTICE IS HEREBY GIVEN THAT THIS ACTION IS AN ATTEMPT TO COLLECT A DEBT, THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE, AND THAT THE DEBT MAY BE DISPUTED.  NOTWITHSTANDING THE FOREGOING, TO THE EXTENT THAT ANY DEBT ASSOCIATED WITH ANY OF THE ABOVE STATED AMOUNTS MAY HAVE BEEN DISCHARGED IN A BANKRUPTCY PROCEEDING UNDER TITLE 11 OF THE UNITED STATES CODE, PLEASE BE ADVISED THAT THIS IS AN ACTION TO COLLECT A DEBT IN REM AGAINST THE PROPERTY ENCUMBERED BY SUCH LIEN AND NOT IN PERSONAM AGAINST ANY OBLIGOR.

Sincerely,


Diamond Resorts Management, Inc.,
on behalf of Cypress Pointe Resort II Condominium
Association, Inc., a Florida not-for-profit corporation