# EXHIBIT #2

 **First American**

400 S RAMPART BLVD, STE 290
LAS VEGAS NV 89145



**Transmittal**

06/08/2018

Order No: FC DRI BAL (Liki Tiki I) - 16

JOSI
C/O DC CAPITAL LAW, LLP, 700 12TH STREET NW,
SUITE 700
WASHINGTON DC 20005

Enclosed please find   1  attached documents.

First American Title Insurance Company

Vacation Ownership Services Division

Page Count   1



**DIAMOND RESORTS**
INTERNATIONAL™

<u>VIA CERTIFIED MAIL</u>
<u>AND REGULAR U.S. MAIL</u>

June 6, 2018

C/O DC CAPITAL LAW, LLP 700 12TH STREET NW. SUITE 700
WASHINGTON, DC 20005
UNITED STATES

Re:   <u>Notice of Intent to File a Lien – Contract No: 1      </u>
An ownership interest in L     'A / Week 37 / Annual Timeshare Interest of Liki Tiki Village I, a/k/a Isle of Bali, a/k/a Bali International Resort Club, a Condominium, located in Orange County, Florida (the "Ownership Interest").

Dear

---

**NOTICE OF INTENT
TO RECORD A CLAIM OF LIEN**

RE: L      / Week 37 / Annual Timeshare Interest of Bali Condominium Association, Inc., a Florida non-profit corporation.

This Notice is being sent on behalf of Bali Condominium Association, Inc., a Florida non-profit corporation, ("Association").

The following amounts are currently due on your account to Bali Condominium Association, Inc., a Florida non-profit corporation, and must be paid within 30 days after your receipt of this letter. This letter shall serve as the association's notice of intent to record a Claim of Lien against your property no sooner than 30 days after your receipt of this letter, unless you pay in full the amounts set forth below:

Maintenance due   (01/01/2018-present)   $ 1497.06

Late fee, if applicable     $ 0.00

Interest through   (01/01/2018-present) *   $ 0.00

Certified mail charges:     $ 0.00

Other Costs   $ 250.00

TOTAL OUTSTANDING   $ 1497.06, plus Other Costs shown above

*Interest accrues at the rate of zero percent per annum.

Note: The amount of maintenance fees due within thirty (30) days of the receipt of this letter may differ from the amount that will be secured by the Claim of Lien.

NOTICE IS HEREBY GIVEN THAT THIS ACTION IS AN ATTEMPT TO COLLECT A DEBT, THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE, AND THAT THE DEBT MAY BE DISPUTED.  NOTWITHSTANDING THE FOREGOING, TO THE EXTENT THAT ANY DEBT ASSOCIATED WITH ANY OF THE ABOVE STATED AMOUNTS MAY HAVE BEEN DISCHARGED IN A BANKRUPTCY PROCEEDING UNDER TITLE 11 OF THE UNITED STATES CODE, PLEASE BE ADVISED THAT THIS IS AN ACTION TO COLLECT A DEBT IN REM AGAINST THE PROPERTY ENCUMBERED BY SUCH LIEN AND NOT IN PERSONAM AGAINST ANY OBLIGOR.

Sincerely,


Diamond Resorts Management, Inc.,
on behalf of Bali Condominium Association, Inc.,
a Florida non-profit corporation

 

**400 INTERNATIONAL PARKWAY**
**SUITE 380**
**LAKE MARY, FL 32746**

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
MAIL SERVICE CENTER



*010021376950023933 8*           192

G
700 12TH ST NW STE 700 C/O DC CAPITAL LAW LLP   9171 9000 0601 ----
WASHINGTON, DC 20005

**Transmittal**

Order No: FC DRI ORB - 1678____

Enclosed please find 1 attached documents

Page Count 2



## DIAMOND RESORTS
### I N T E R N A T I O N A L™

<u>VIA CERTIFIED MAIL</u>
<u>AND REGULAR U.S. MAIL</u>

June 25, 2018

RO____ ____ ____ ____
700 12th St NW Ste 700 C/O DC Capital Law, Llp
Washington, DC 20005-4052
UNITED STATES

Re:   <u>Notice of Intent to File a Lien – Contract No: 16</u>
An ownership interest in Unit   ⅃ / Week 36 / Annual Timeshare Interest of
O.R.B.I.T., a Condominium, located in Osceola County, Florida (the "Ownership
Interest").

To: R_____:

### NOTICE OF INTENT
### TO RECORD A CLAIM OF LIEN

RE: Unit N   ⅃ / Week 36 / Annual Timeshare Interest of O.R.B.I.T. Owners Association, Inc., a non-profit Florida corporation

This Notice is being sent on behalf of O.R.B.I.T. Owners Association, Inc., a non-profit Florida corporation
("Association")

The following amounts are currently due on your account to O.R.B.I.T. Owners Association, Inc., a non-profit Florida corporation, and must be paid within 30 days after your receipt of this letter. This letter shall serve as the association's notice of intent to record a Claim of Lien against your property no sooner than 30 days after your receipt of this letter, unless you pay in full the amounts set forth below:

Maintenance due  (01/01/2018-present)   $ 1420.18

Late fee, if applicable   $ 0.00

Interest through  (01/01/2018-present) * $ 0.00

Certified mail charges   $ 0.00

Other costs   $ 250.00

TOTAL OUTSTANDING   $ 1420.18, plus Other Costs as shown above

*Interest accrues at the rate of zero percent per annum.

10600 W. Charleston Blvd., Las Vegas, Nevada 89135 • 877-497-7521 *tel* • foreclosure@diamondresorts.com

**Note: The amount of maintenance fees due within thirty (30) days of the receipt of this letter may differ from the amount that will be secured by the Claim of Lien.**

NOTICE IS HEREBY GIVEN THAT THIS ACTION IS AN ATTEMPT TO COLLECT A DEBT, THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE AND THAT THE DEBT MAY BE DISPUTED. NOTWITHSTANDING THE FOREGOING, TO THE EXTENT THAT ANY DEBT ASSOCIATED WITH ANY OF THE ABOVE STATED AMOUNTS MAY HAVE BEEN DISCHARGED IN A BANKRUPTCY PROCEEDING UNDER TITLE 11 OF THE UNITED STATES CODE, PLEASE BE ADVISED THAT THIS IS AN ACTION TO COLLECT A DEBT IN REM AGAINST THE PROPERTY ENCUMBERED BY SUCH LIEN AND NOT IN PERSONAM AGAINST ANY OBLIGOR.

Sincerely,


Diamond Resorts Management, Inc.,
on behalf of O.R.B.I.T. Owners Association, Inc.,
a non-profit Florida corporation

 

**First American**

400 INTERNATIONAL PARKWAY
SUITE 380
LAKE MARY, FL 32746

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
MAIL SERVICE CENTER

*010021376837025531 0*

AL/
BUILDERS LTD CORPORATION
C/O DC CAPITAL LAW LLP 700 12TH STREET NW.
SUITE 700
WASHINGTON, DC 20005

9171 9000 060

## Transmittal

Order No: FC DRI ORB - 1

Enclosed please find 1 attached documents

; AS AUTHORIZED SIGNER; OF SUN BUILDE

Page Count 2



**DIAMOND RESORTS**
INTERNATIONAL*

VIA CERTIFIED MAIL
AND REGULAR U.S. MAIL

June 25, 2018

SUN
C/O DC CAPITAL LAW, LLP 700 12TH STREET NW. SUITE
700
WASHINGTON, DC 20005
UNITED STATES

Re:     Notice of Intent to File a Lien – Contract No: 16: ___
         An ownership interest in Unit . / Week 04 / Annual Timeshare Interest of O.R.B.I.T.,
         a Condominium, located in Osceola County, Florida (the "Ownership Interest").

To: SUI            )RPO   ___.  ...

## NOTICE OF INTENT
## TO RECORD A CLAIM OF LIEN

RE: Uni'  .  Week 04 / Annual Timeshare Interest of O.R.B.I.T. Owners Association, Inc., a non-profit
     Florida corporation

This Notice is being sent on behalf of O.R.B.I.T. Owners Association, Inc., a non-profit Florida corporation
     ("Association")

The following amounts are currently due on your account to O.R.B.I.T. Owners Association, Inc., a non-
profit Florida corporation, and must be paid within 30 days after your receipt of this letter. This letter
shall serve as the association's notice of intent to record as Claim of Lien against your property no sooner
than 30 days after your receipt of this letter, unless you pay in full the amounts set forth below:

Maintenance due  (01/01/2018-present)     $ 1420.18

Late fee, if applicable   $ 0.00

Interest through   (01/01/2018-present) * $ 0.00

Certified mail charges   $ 0.00

Other costs   $ 250.00

TOTAL OUTSTANDING    $ 1420.18, plus Other Costs as shown above
     *Interest accrues at the rate of zero percent per annum.

10600 W. Charleston Blvd., Las Vegas, Nevada 89135 • 877-497-7521 tel • foreclosure@diamondresorts.com

**Note: The amount of maintenance fees due within thirty (30) days of the receipt of this letter may differ from the amount that will be secured by the Claim of Lien.**

NOTICE IS HEREBY GIVEN THAT THIS ACTION IS AN ATTEMPT TO COLLECT A DEBT, THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE AND THAT THE DEBT MAY BE DISPUTED. NOTWITHSTANDING THE FOREGOING, TO THE EXTENT THAT ANY DEBT ASSOCIATED WITH ANY OF THE ABOVE STATED AMOUNTS MAY HAVE BEEN DISCHARGED IN A BANKRUPTCY PROCEEDING UNDER TITLE 11 OF THE UNITED STATES CODE, PLEASE BE ADVISED THAT THIS IS AN ACTION TO COLLECT A DEBT IN REM AGAINST THE PROPERTY ENCUMBERED BY SUCH LIEN AND NOT IN PERSONAM AGAINST ANY OBLIGOR.

Sincerely,

Diamond Resorts Management, Inc.,
on behalf of O.R.B.I.T. Owners Association, Inc.,
a non-profit Florida corporation

 **First American**

**400 S RAMPART BLVD, STE 290**
**LAS VEGAS NV 89145**



*010021062154024*

**Transmittal**

04/10/2018

Order No: FC DRI PI (Poly Isles I) - 2

I
C/O DC CAPITAL LAW, LLP, 700 12TH STREET NW,
SUITE 700
WASHINGTON DC 20005

Enclosed please find    1  attached documents.

First American Title Insurance Company

Vacation Ownership Services Division

Page Count    1



**DIAMOND RESORTS**
I N T E R N A T I O N A L

<u>VIA CERTIFIED MAIL</u>
<u>AND REGULAR U.S. MAIL</u>

April 10, 2018

C/O DC CAPITAL LAW, LLP 700 12TH STREET NW. SUITE 700
WASHINGTON, DC 20005
UNITED STATES

Re:   <u>Notice of Intent to File a Lien – Contract No:</u>
An ownership interest in Unit       Week 29 / Annual Timeshare Interest of Polynesian Isles Resort Condominium I, II, and/or III, located in Osceola County, Florida (the "Ownership Interest").

Dear

### NOTICE OF INTENT
### TO RECORD A CLAIM OF LIEN

RE: Uni       Week 29 / Annual Timeshare Interest of Polynesian Isles Resort Condominium Association, Inc., a Florida not-for-profit corporation.

This Notice is being sent on behalf Polynesian Isles Resort Condominium Association, Inc., a Florida not-for-profit corporation, ("Association").

The following amounts are currently due on your account to Polynesian Isles Resort Condominium Association, Inc., a Florida not-for-profit corporation, and must be paid within 30 days after your receipt of this letter. This letter shall serve as the association's notice of intent to record a Claim of Lien against your property no sooner than 30 days after your receipt of this letter, unless you pay in full the amounts set forth below:

Maintenance due  (01/01/2018-present)    $ 1,472.39

Late fee, if applicable    $ 0.00

Interest through  (01/01/2018-present) *  $ 0.00

Certified mail charges:    $ 0.00

Other Costs    $ 250.00

10600 W. Charleston Blvd., Las Vegas, Nevada 89135 • 877-497-7521 *tel* • foreclosure@diamondresorts.com

TOTAL OUTSTANDING    $ 1,472.39, plus Other Costs shown above

*Interest accrues at the rate of zero percent per annum.

Note: The amount of maintenance fees due within thirty (30) days of the receipt of this letter may differ from the amount that will be secured by the Claim of Lien.

NOTICE IS HEREBY GIVEN THAT THIS ACTION IS AN ATTEMPT TO COLLECT A DEBT, THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE, AND THAT THE DEBT MAY BE DISPUTED.  NOTWITHSTANDING THE FOREGOING, TO THE EXTENT THAT ANY DEBT ASSOCIATED WITH ANY OF THE ABOVE STATED AMOUNTS MAY HAVE BEEN DISCHARGED IN A BANKRUPTCY PROCEEDING UNDER TITLE 11 OF THE UNITED STATES CODE, PLEASE BE ADVISED THAT THIS IS AN ACTION TO COLLECT A DEBT IN REM AGAINST THE PROPERTY ENCUMBERED BY SUCH LIEN AND NOT IN PERSONAM AGAINST ANY OBLIGOR.

Sincerely,


Diamond Resorts Management, Inc.,
on behalf of Polynesian Isles Resort Condominium
Association, Inc., a Florida not-for-profit corporation

 **First American**

400 S RAMPART BLVD, STE 290
LAS VEGAS NV 89145


*01002106168*

**Transmittal**

04/10/2018

Order No: FC DRI PI4 (Poly Isles 4) - 34̃ ̃ ̃ ̃

JERR̃ ̃ ̃
C/O DC CAPITAL LAW, 700 12TH ST NW, STE 700
WASHINGTON DC 20005

Enclosed please find    1 attached documents.

First American Title Insurance Company
Vacation Ownership Services Division

Page Count    1



**DIAMOND RESORTS**
I N T E R N A T I O N A L·

**VIA CERTIFIED MAIL**
**AND REGULAR U.S. MAIL**

April 10, 2018

J~~~~~ ~
C/O DC CAPITAL LAW 700 12TH ST NW, STE 700
WASHINGTON, DC 20005
UNITED STATES

Re:   Notice of Intent to File a Lien – Contract No: ~~~~~
An ownership interest in Uni ___ · V' eek 10 / Annual Timeshare Interest of Polynesian
Isles Resort Condominium IV, located in Osceola County, Florida (the "Ownership
Interest").

Dear ~~~~:

### NOTICE OF INTENT
### TO RECORD A CLAIM OF LIEN

RE: Un' ___, ___ek 10 / Annual Timeshare Interest of Polynesian Isles Resort Condominium IV
Association, Inc., a Florida not-for-profit corporation.

This Notice is being sent on behalf Polynesian Isles Resort Condominium IV Association, Inc., a Florida
not-for-profit corporation, ("Association").

The following amounts are currently due on your account to Polynesian Isles Resort Condominium IV
Association, Inc., a Florida not-for-profit corporation, and must be paid within 30 days after your receipt
of this letter. This letter shall serve as the association's notice of intent to record a Claim of Lien against
your property no sooner than 30 days after your receipt of this letter, unless you pay in full the amounts
set forth below:

Maintenance due  (01/01/2018-present)       $ 1,417.40

Late fee, if applicable   $ 0.00

Interest through  (01/01/2018-present) *  $ 0.00

Certified mail charges:   $ 0.00

Other Costs   $ 250.00

TOTAL OUTSTANDING   $ 1,417.40, plus Other Costs shown above

10600 W. Charleston Blvd., Las Vegas, Nevada 89135 · 877-497-7521 tel · foreclosure@diamondresorts.com

*Interest accrues at the rate of zero percent per annum.

Note: The amount of maintenance fees due within thirty (30) days of the receipt of this letter may differ from the amount that will be secured by the Claim of Lien.

NOTICE IS HEREBY GIVEN THAT THIS ACTION IS AN ATTEMPT TO COLLECT A DEBT, THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE, AND THAT THE DEBT MAY BE DISPUTED.  NOTWITHSTANDING THE FOREGOING, TO THE EXTENT THAT ANY DEBT ASSOCIATED WITH ANY OF THE ABOVE STATED AMOUNTS MAY HAVE BEEN DISCHARGED IN A BANKRUPTCY PROCEEDING UNDER TITLE 11 OF THE UNITED STATES CODE, PLEASE BE ADVISED THAT THIS IS AN ACTION TO COLLECT A DEBT IN REM AGAINST THE PROPERTY ENCUMBERED BY SUCH LIEN AND NOT IN PERSONAM AGAINST ANY OBLIGOR.

Sincerely,


Diamond Resorts Management, Inc.,
on behalf of Polynesian Isles Resort Condominium IV
Association, Inc., a Florida not-for-profit corporation

  **First American**

400 S. RAMPART BLVD.
SUITE 290
LAS VEGAS, NV 89145

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
MAIL SERVICE CENTER



*01002130960 4 - - - - - - - - - - - -

305

700 12TH ST NW STE 700 C/O DC CAPITAL LAW LLP     9171 9000 0601 300
WASHINGTON, DC 20005



# Transmittal

## Order No: FC DRI BSC -

Enclosed please find 1 attached documents

Page Count 2



**DIAMOND RESORTS**
I N T E R N A T I O N A L*

**VIA CERTIFIED MAIL**
**AND REGULAR U.S. MAIL**

June 7, 2018

700 12th St NW Ste 700 C/O DC Capital Law, Llp
Washington, DC 20005-4052
UNITED STATES

Re:     **Notice of Intent to File a Lien – Contract No: 16**:
        An ownership interest in Unit        ' Week 34 / Annual Timeshare Interest of Bryan's
        Spanish Cove, located in Orange, Florida (the "Ownership Interest").

Dear ____,

### NOTICE OF INTENT
### TO RECORD A CLAIM OF LIEN

RE: Unit ___, Week 34 / Annual Timeshare Interest of Bryan's Spanish Cove Owners Association, Inc., a
    Florida not-for-profit corporation.

This Notice is being sent on behalf Bryan's Spanish Cove Owners Association, Inc., a Florida not-for-profit
corporation, ("Association").

The following amounts are currently due on your account to Bryan's Spanish Cove Owners Association,
Inc., a Florida not-for-profit corporation, and must be paid within 30 days after your receipt of this
letter. This letter shall serve as the association's notice of intent to record a Claim of Lien against your
property no sooner than 30 days after your receipt of this letter, unless you pay in full the amounts set
forth below:

Maintenance due  (01/01/2017-present)      $ 1936.35

Late fee, if applicable     $ 0.00

Interest through  (01/01/2017-present) *  $ 0.00

Certified mail charges:     $ 0.00

Other Costs   $ 250.00

TOTAL OUTSTANDING    $ 1936.35, plus Other Costs shown above
*Interest accrues at the rate of zero percent per annum.

10600 W. Charleston Blvd., Las Vegas, Nevada 89135 • 877-497-7521 *tel* • foreclosure@diamondresorts.com

Note: The amount of maintenance fees due within thirty (30) days of the receipt of this letter may differ from the amount that will be secured by the Claim of Lien.

NOTICE IS HEREBY GIVEN THAT THIS ACTION IS AN ATTEMPT TO COLLECT A DEBT, THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE, AND THAT THE DEBT MAY BE DISPUTED.  NOTWITHSTANDING THE FOREGOING, TO THE EXTENT THAT ANY DEBT ASSOCIATED WITH ANY OF THE ABOVE STATED AMOUNTS MAY HAVE BEEN DISCHARGED IN A BANKRUPTCY PROCEEDING UNDER TITLE 11 OF THE UNITED STATES CODE, PLEASE BE ADVISED THAT THIS IS AN ACTION TO COLLECT A DEBT IN REM AGAINST THE PROPERTY ENCUMBERED BY SUCH LIEN AND NOT IN PERSONAM AGAINST ANY OBLIGOR.

Sincerely,


Diamond Resorts Management, Inc.,
on behalf of Bryan's Spanish Cove Owners
Association, Inc., a Florida not-for-profit
corporation

 *First American*

400 S RAMPART BLVD, STE 290
LAS VEGAS NV 89145



**Transmittal**

04/06/2018

Order No: FC DRI CPR I - 144

C/O DC CAPITAL LAW, 700 12TH ST NW STE 700
WASHINGTON DC 20005

Enclosed please find   1 attached documents.

First American Title Insurance Company

Vacation Ownership Services Division

Page Count   1



**DIAMOND RESORTS**
I N T E R N A T I O N A L™

<u>VIA CERTIFIED MAIL</u>
<u>AND REGULAR U.S. MAIL</u>

April 6, 2018

~~~~~ ~~~~~~
C/O DC CAPITAL LAW 700 12TH ST NW STE 700
WASHINGTON, DC 20005-4052
UNITED STATES

Re:   **Notice of Intent to File a Lien – Contract No: 1~**
An ownership interest in Unit        ~~ek 46 / Annual Timeshare Interest of Cypress
Pointe Resort at Lake Buena Vista, located in Orange County, Florida (the "Ownership
Interest").

Dear D

**NOTICE OF INTENT
TO RECORD A CLAIM OF LIEN**

RE: Unit ____ Week 46 / Annual Timeshare Interest of Cypress Pointe Resort at Lake Buena Vista
    Condominium Association, Inc., a Florida not-for-profit corporation.

This Notice is being sent on behalf Cypress Pointe Resort at Lake Buena Vista Condominium Association,
Inc., a Florida not-for-profit corporation, ("Association").

The following amounts are currently due on your account to Cypress Pointe Resort at Lake Buena Vista
Condominium Association, Inc., a Florida not-for-profit corporation, and must be paid within 30 days
after your receipt of this letter. This letter shall serve as the association's notice of intent to record a
Claim of Lien against your property no sooner than 30 days after your receipt of this letter, unless you
pay in full the amounts set forth below:

Maintenance due   (01/01/2018-present)       $ 1,496.72

Late fee, if applicable    $ 0.00

Interest through   (01/01/2018-present) *   $ 0.00

Certified mail charges:    $ 0.00

Other Costs    $ 250.00

TOTAL OUTSTANDING    $ 1,496.72, plus Other Costs shown above

10600 W. Charleston Blvd., Las Vegas, Nevada 89135 · 877-497-7521 *tel* · foreclosure@diamondresorts.com

*Interest accrues at the rate of zero percent per annum.

Note: The amount of maintenance fees due within thirty (30) days of the receipt of this letter may differ from the amount that will be secured by the Claim of Lien.

NOTICE IS HEREBY GIVEN THAT THIS ACTION IS AN ATTEMPT TO COLLECT A DEBT, THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE, AND THAT THE DEBT MAY BE DISPUTED. NOTWITHSTANDING THE FOREGOING, TO THE EXTENT THAT ANY DEBT ASSOCIATED WITH ANY OF THE ABOVE STATED AMOUNTS MAY HAVE BEEN DISCHARGED IN A BANKRUPTCY PROCEEDING UNDER TITLE 11 OF THE UNITED STATES CODE, PLEASE BE ADVISED THAT THIS IS AN ACTION TO COLLECT A DEBT IN REM AGAINST THE PROPERTY ENCUMBERED BY SUCH LIEN AND NOT IN PERSONAM AGAINST ANY OBLIGOR.

Sincerely,

Diamond Resorts Management, Inc.,
on behalf of Cypress Pointe Resort at Lake Buena Vista
Condominium Association, Inc., a Florida not-for-profit corporation

 **First American**

400 S RAMPART BLVD, STE 290
LAS VEGAS NV 89145



**Transmittal**

04/10/2018

Order No: FC DRI PI (Poly Isles I) - 5

C/O DC CAPITAL LAW, LLP, 700 12TH STREET NW,
SUITE 700
WASHINGTON DC 20005

Enclosed please find   1 attached documents.

First American Title Insurance Company

Vacation Ownership Services Division

Page Count   1



**DIAMOND RESORTS**
I N T E R N A T I O N A L™

**VIA CERTIFIED MAIL**
**AND REGULAR U.S. MAIL**

April 10, 2018

C/O DC CAPITAL LAW, LLP 700 12TH STREET NW. SUITE 700
WASHINGTON, DC 20005
UNITED STATES

Re:   **Notice of Intent to File a Lien – Contract No: 3⁴**
      An ownership interest in Unit 6      Week 15 / Annual Timeshare Interest of Polynesian
      Isles Resort Condominium I, II, and/or III, located in Osceola County, Florida (the
      "Ownership Interest").

Dear ⁄¯¯¯

<div align="center">

**NOTICE OF INTENT**
**TO RECORD A CLAIM OF LIEN**

</div>

RE: Unit 6      /eek 15 / Annual Timeshare Interest of Polynesian Isles Resort Condominium
      Association, Inc., a Florida not-for-profit corporation.

This Notice is being sent on behalf Polynesian Isles Resort Condominium Association, Inc., a Florida not-for-profit corporation, ("Association").

The following amounts are currently due on your account to Polynesian Isles Resort Condominium Association, Inc., a Florida not-for-profit corporation, and must be paid within 30 days after your receipt of this letter. This letter shall serve as the association's notice of intent to record a Claim of Lien against your property no sooner than 30 days after your receipt of this letter, unless you pay in full the amounts set forth below:

Maintenance due  (01/01/2017-present)      $ 1,508.96

Late fee, if applicable    $ 0.00

Interest through  (01/01/2017-present) *  $ 0.00

Certified mail charges:    $ 0.00

Other Costs    $ 250.00

10600 W. Charleston Blvd., Las Vegas, Nevada 89135 • 877-497-7521 tel • foreclosure@diamondresorts.com

TOTAL OUTSTANDING   $ 1,508.96, plus Other Costs shown above

*Interest accrues at the rate of zero percent per annum.

Note: The amount of maintenance fees due within thirty (30) days of the receipt of this letter may differ from the amount that will be secured by the Claim of Lien.

NOTICE IS HEREBY GIVEN THAT THIS ACTION IS AN ATTEMPT TO COLLECT A DEBT, THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE, AND THAT THE DEBT MAY BE DISPUTED.  NOTWITHSTANDING THE FOREGOING, TO THE EXTENT THAT ANY DEBT ASSOCIATED WITH ANY OF THE ABOVE STATED AMOUNTS MAY HAVE BEEN DISCHARGED IN A BANKRUPTCY PROCEEDING UNDER TITLE 11 OF THE UNITED STATES CODE, PLEASE BE ADVISED THAT THIS IS AN ACTION TO COLLECT A DEBT IN REM AGAINST THE PROPERTY ENCUMBERED BY SUCH LIEN AND NOT IN PERSONAM AGAINST ANY OBLIGOR.

Sincerely,

Diamond Resorts Management, Inc.,
on behalf of Polynesian Isles Resort Condominium
Association, Inc., a Florida not-for-profit corporation